Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | : | |
|---|---|---|
| DONNA IVERY, | : | |
| Plaintiff, | : | Civil Case No.: 2:19-cv-4846 |
| vs. | : | |
| ADT, LLC d/b/a ADT SECURITY SERVICES and DEFENDERS, INC., d/b/a PROTECT YOUR HOME, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, ADT, LLC**

Plaintiff, TINA HUBJER, ("Plaintiff"), through her attorneys, The Law Firm of Michael Alan Siddons, informs this Honorable Court that the Plaintiff has reached a settlement in this case with Defendant ADT, LLC, only. Plaintiff anticipates dismissing her case against Defendant, ADT, LLC with prejudice, within 30 days.

DATED: March 21, 2019

RESPECTFULLY SUBMITTED,


By: /s/ Michael A. Siddons
    Michael A. Siddons
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On March 21, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Michael A. Siddons
Michael A. Siddons