Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | : | |
|---|---|---|
| DONNA IVERY, | : | |
| Plaintiff, | : | Civil Case No.: 2:19-cv-4846 |
| v. | : | |
| ADT, LLC d/b/a ADT SECURITY SERVICES and DEFENDERS, INC., d/b/a PROTECT YOUR HOME, | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, DEFENDERS, INC. D/B/A PROTECT YOUR HOME

Plaintiff, DONNA IVERY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esquire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, DEFENDERS, INC. d/b/a PROTECT YOUR HOME.

DATED: April 9, 2019

RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
     Michael A. Siddons

## **CERTIFICATE OF SERVICE**

On April 9, 2019, I electronically filed the Notice of Voluntary Dismissal Without Prejudice as to Defendant, Defenders d/b/a Protect Your Home ("Notice") with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice to defense counsel, Seth M. Thomas, associate general counsel for Defenders, at seth.thomas@homedefenders.com.

By: /s/ Michael A. Siddons
Michael A. Siddons