Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| DONNA IVERY, | : | |
| Plaintiff, | : | Civil Case No.: 2:19-cv-4846 |
| v. | : | |
| ADT, LLC d/b/a ADT SECURITY SERVICES and DEFENDERS, INC., d/b/a PROTECT YOUR HOME, | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, ADT, LLC D/B/A ADT SECURITY

Plaintiff, DONNA IVERY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esquire, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ADT, LLC d/b/a ADT SECURITY.

DATED: April 9, 2019

RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
Michael A. Siddons

SO ORDERED.

Esther Salas, U.S.D.J.
Dated: April 10, 2019